## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEA CAIN ) | |
| ) | Cause No: 3:19-cv-01385-RJD |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| HIMANSHU "SAM" PATEL, ) | |
| And ATHENEON, ILLINOIS, INC. ) | |
| d/b/a MOTEL 6, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO STRIKE
### DEFENDANT'S REQUESTS FOR ADMISSIONS

NOW COMES Plaintiff Lea Cain, by her attorneys, and for her Motion to Strike Defendant's Requests for Admissions states as follows:

1. On February 2, 2021, the Court amended the discovery deadline in this case to March 8, 2021.

2. On March 10, 2021, Defendants filed and served Plaintiff with Requests for Admissions.

3. These Requests were made after the discovery deadline passed. Plaintiff now moves to strike Defendants' Requests for Admissions as they are untimely under the discovery deadline ordered by the Court.

#### PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Plaintiff prays this Court strike Defendant's Requests for Admissions in this matter and for such further relief as this Court deems necessary.

1

          **KENNEDY HUNT, P.C.**

          */s/ MaryAnne Quill*_____
          Thomas E. Kennedy
          Sarah Jane Hunt
          MaryAnne Quill
          906 Olive St., Ste. 200
          St. Louis, MO, 63101
          314-872-9041 telephone
          tkennedy@kennedyhuntlaw.com
          sarahjane@kennedyhuntlaw.com
          mquill@kennedyhuntlaw.com
          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I filed a copy of the foregoing electronically with the Clerk of Court, with service to the following:

Shari R. Rhode
Rhode Law Firm
1405 West Main Street
Carbondale, IL  62901
Tel:   618-549-4287
Fax:   618-549-4343
shari@rhodelawfirm.com
*Attorney for Defendants*

          */s/   MaryAnne Quill*_____